# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**SEALED** MINUTES OF PROCEEDINGS

DATE: August 4, 2021

**U.S. Magistrate Judge Marshal A. Morgan**　　　　　　　　AUSA: J.AUCHGER

UNITED STATES OF AMERICA

Plaintiff
v.

Sealed Defendant(s) #1, #2, #3

Defendant (s)

Return of Indictment by the Grand Jury

**NEW CASE   21-267 (GAG)**

Indictment was filed in open court.

**Arraignment** to be set upon arrest.

Case is assigned to U.S. District Judge **Gustavo A. Gelpi.**
**NEW CASE:**

(  )   This Indictment supersedes Criminal Case No.

(  )   The Court granted the government's oral motion to unseal the Indictment.

**(X)   The Court granted the Government's motion to seal.**

(  )   Defendant(s) has appeared in Magistrate Case No. ---- This case having been merged, is hereby closed.

**(X)   Defendant(s) has/have not appeared in a Magistrate Case.**

(  )   Defendant(s)   is to remain on same conditions of release. This case having been merged, is hereby closed.

(  )   Defendant(s) is/are under custody.   Marshal to produce defendant(s).

(X)   As to defendant(s) **ALL**   (X)  warrant of arrest and/or writs to be issued.   Arraignment Hearing to be set upon arrest.

(  )   Defendant(s) _____ Clerk to notify: (  ) Defendant   (  ) Sureties.

(  )   Summons to be issued.   (  ) U. S. Marshal or agents are to serve summons.   (  ) Clerk to send summons by mail.

S/ Sulma López-Defilló
Courtroom Deputy Clerk

Time in Court: 1 minute