IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANTHONY STEVEN LOBOS RUIZ, ET AL.,<br>Defendants. | CRIMINAL NO. 21-267 (GAG) |

## MOTION TO UN-SEAL INDICTMENT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. On August 4, 2021, the Government filed a Motion to Seal the Indictment in the instant case.

2. The United States of America respectfully requests that the Indictment in the above captioned case be un-sealed since all three defendants were arrested this morning.

WHEREFORE, the United States of America respectfully prays the Court to grant this request, in as much as sealing of the Indictment is no longer necessary.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 6th day of August, 2021.

W. STEPHEN MULDROW
United States Attorney

s/José A. Contreras
José A. Contreras
Assistant United States Attorney
USDC No. G00612
350 Carlos Chardón Avenue, Suite 1201
San Juan, Puerto Rico 00918

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

                                                      s/José A. Contreras
                                                      José A. Contreras
                                                      Assistant United States Attorney